UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE: James Rathburn

CHAPTER 13

CASE NO. 17-82472

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor: SN SERVCING CORPORATION   COURT CLAIM #1**

**Last four digits** of any number used to identify the debtor's account: 8371

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $17,793.23 |
| Amount Paid by Trustee | $17,793.23 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐ Thru the Chapter 13 Plan      ☒ Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated: 4/8/22

Lydia S. Meyer, Trustee
308 W. State St., Suite 212
Rockford, IL 61101

### Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 8TH Day of APRIL.

Dated: 4/8/22                     /s/ Jill Scott

SN SERVICING CORPORATION
323 5TH STREET
EUREKA, CA 95501

US BANK NA AS TRUSTEE FOR
NRZ PASS THROUGH TRUSTEE VIII
PO BOX 5229
CINCINNATI, OH 45201

WILLIAMS & ASSOCIATES PC
ATTORNEY SEAN M. WILLIAMS
3610 25TH STREET  STE 3
MOLINE, IL 61265

JAMES H. RATHBURN
19090 - 17TH STREET
FULTON, IL 61252